**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**MICHAEL JAMES BEERS,**

                **Plaintiff,**

      v.                                                               1:10-cv-1554

**COMMISSIONER OF SOCIAL SECURITY,**

                **Defendant.**
_____

| APPEARANCES: | OF COUNSEL: |
|---|---|
| Office of Peter M. Margolius<br>7 Howard Street<br>Catskill, NY 12414<br>Counsel for Plaintiff | Peter M. Margolius, Esq. |
| Social Security Administration<br>Office of Regional General Counsel<br>Region II<br>26 Federal Plaza - Room 3904<br>New York, NY 10278<br>Counsel for Defendant | Christopher J. Brackett, Esq. |

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## ORDER

The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 10th day of November of 2011. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

**ORDERED** that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. The Commissioner's decision is affirmed, and the complaint is dismissed in its entirety.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: November 29, 2011
Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge