**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**MICHAEL JAMES BEERS,**

                  **Plaintiff,**

        **v.**                               **1:10-cv-1554**

**COMMISSIONER OF SOCIAL SECURITY,**

                  **Defendant.**
_____

**APPEARANCES:**                          **OF COUNSEL:**

Office of Peter M. Margolius          Peter M. Margolius, Esq.
7 Howard Street
Catskill, NY 12414
Counsel for Plaintiff

Social Security Administration         Christopher J. Brackett, Esq.
Office of Regional General Counsel
Region II
26 Federal Plaza - Room 3904
New York, NY 10278
Counsel for Defendant

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

<u>**ORDER**</u>

      The above matter comes to me following a Report-Recommendation by Magistrate Judge

Andrew T. Baxter, duly filed on the 10th day of November of 2011.  Following fourteen (14) days

from the service thereof, the Clerk has sent me the file, including any and all objections filed by

the parties herein.

      After careful review of all of the papers herein, including the Magistrate Judge's Report-

Recommendation, and no objections submitted thereto, it is

      **ORDERED** that:

1.  The Report-Recommendation is hereby adopted in its entirety.

2.  The Commissioner's decision is affirmed, and the complaint is dismissed in its entirety.

3.  The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

**IT IS SO ORDERED.**

Dated: November 29, 2011
        Syracuse, New York

Norman A. Mordue
Chief United States District Court Judge

2